**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:                                                                                   Case No. 25-14922-amc

    Felicita M. Wright,                                                       Chapter 13

                    Debtor.

### Interim Order Imposing the Automatic Stay

**WHEREAS**, Debtor Felicita M. Wright filed a Motion to Impose the Automatic Stay on December 3, 2025;

**WHEREAS**, after proper notice, a hearing was held on December 10, 2025;

**WHEREAS**, the Debtor has not yet filed all documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007(b) ("the Schedules"); and

**WHEREAS**, the review of the Schedules is necessary to determine whether the Debtor filed this case with the good faith necessary to warrant imposition of the automatic stay for the duration of this case.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. Pursuant to 11 U.S.C. § 362 and Fed. R. Bankr. P. 4001(a), the automatic stay is imposed with respect to all creditors who were served with the Motion or with notice of the Motion and shall remain in effect through and including **January 7, 2026**, unless otherwise modified by further Order of this Court.

2. The continued hearing on the Motion shall be held on January 7, 2026, at 11:00 a.m. The hearing may be accessed telephonically at 646-828-7666 or Zoom Meeting ID #160 6807 8081.

3. At the continued hearing, the Court will consider whether to extend the automatic stay for the duration of this case.

Date: Dec. 12, 2025

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge