**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:                                                     Case No. 25-14922-amc

    Felicita M. Wright,                           Chapter 13

                    Debtor.

### Order Imposing the Automatic Stay

**AND NOW**, upon consideration of the *Motion to Impose the Automatic Stay* filed by Debtor Felicita M. Wright, after notice and hearing, and for good cause shown, it is hereby **ORDERED**:

1. The Motion is **GRANTED**.

2. The automatic stay is imposed with respect to all creditors who were served with the Motion or Notice of the Motion and will remain in effect unless modified by the Court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

Date: Jan. 8, 2026

                                                Ashely M. Chan
                                                Chief U.S. Bankruptcy Judge